# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TYRANNY A. HUNTER** as Personal Representative of the Estate of
**AUDREY B. HUNTER,**
Appellant,

v.

**RANDOLPH CONSTRUCTION GROUP, INC.** and **RANDOLPH &
DEWDNEY CONSTRUCTION, INC.,**
Appellees.

No. 4D20-2135

[February 17, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit,
Indian River County; Janet Croom, Judge; L.T. Case No.
312019CA000160.

Alexandra Noelle Sanchez and J. Garry Rooney of Rooney & Rooney,
P.A., Vero Beach, for appellant.

Fred L. Kretschmer, Jr., of Brennan & Kretschmer, Vero Beach, for
appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***